Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE, LLC, dba RUNWAY TEXTILE, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PRET FASHIONS, INC., a New York Corporation; ROSS STORES, INC., a Delaware Corporation; THE TALBOTS, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-08230 DDP (MANx)<br><u>Honorable Dean D. Pregerson Presiding</u><br><br>**ORDER ON STIPUPATION TO DISMISS ACTION WITH PREJUDICE** |

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

///

///

- 1 -

STIPULATION TO DISMISS ACTION

1    IT IS HEREBY ORDERED that this action be dismissed in its entirety with
2 prejudice with each party to bear its own costs and attorneys' fees.
3    SO ORDERED.

4
5 Dated: March 26, 2013

*[signature: Dean D. Pregerson]*

6
7                Hon. Dean D. Pregerson
                 U.S. District Judge

- 2 -